UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TRAVIS R. **ROWLEY**,

                    *Plaintiff,*

v.                                    No. 1:**10CV1182** WJ/WDS

KEVIN **MORANT** *et al,*

                  *Defendants.*

**STIPULATED ORDER EXTENDING DISCOVERY DEADLINES**

THIS MATTER came before the court on plaintiff's unopposed Motion for Stipulated Order Extending Discovery Deadlines. (Doc 43) The court FINDS all remaining parties agree in the relief requested and it is well taken.

IT IS THEREFORE ORDERED that discovery is reopened. All discovery including interrogatories and depositions shall be complete by **28 September 2012** except upon leave of court for good cause shown. The court reserves ruling on the issue of expert witness disclosures.

                                                  W. Daniel Schneider
                                                  United States Magistrate Judge

Stipulations of Counsel:

Stephen D Aarons
Attorney for Plaintiffs

Kathryn C. Levy
Attorney for City Defendants

                                                                          ~9602254.wpd