UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**TRAVIS R. ROWLEY**,
    *Plaintiff,*
v.           No. 1:10CV1182 WJ/WDS

**KEVIN MORANT** *et al,*
    *Defendants.*

**STIPULATED SCHEDULING ORDER**

Based upon the previous "complex" track classification in this case (doc 34), the court's Memorandum Opinion and Order (doc 65), and the stipulation of all parties, the Scheduling Order (doc 34) is amended to extend discovery until **June 5, 2013.** Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **June 14, 2013**. See D.N.M.LR-Civ 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **March 1, 2013**. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **April 5, 2013**.

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **July 8, 2013**. See D.N M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions,

other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **July 17, 2013**; Defendant to Court on or before **July 24, 2013**. Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for cause shown. All other terms of the Scheduling Order shall remain in effect.

SO ORDERED this 16th day of January, 2013.

_____
**HON W. DANIEL SCHNEIDER**
United States Magistrate Judge

Stipulations of Counsel:

**Stephen D Aarons**
**Aaron J. Boland**
Attorneys for Plaintiff

**Kathryn C. Levy**
Attorney for Defendants